# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| SHARON O. SEABROOKS, as Personal Representative of the Estate of Anthony Dopson,<br><br>          Plaintiff,<br><br>v.<br><br>STELLANTIS a/k/a STELLANTIS GROUP, a/k/a STELLANTIS US, LLC, a/k/a STELLANTIS NV, a/k/a FCA US, LLC, a/k/a FIAT CHRYSLER AUTOMOBILES US, a/k/a FIAT CHRYSLER AUTOMOBILES NV, a/k/a PSA GROUP, a/k/a PEUGEOT SOCIETE ANONYME, f/k/a CHRYSLER GROUP, LLC, f/k/a CHRYSLER, LLC, ZF ACTIVE SAFETY AND ELECTRONICS US LLC, ZF PASSIVE SAFETY SYSTEMS US INC., TRW AUTOMOTIVE INC., ZF TRW AUTOMOTIVE HOLDINGS CORP., AND ZF NORTH AMERICA, INC.,<br><br>          Defendants. | Civil Action No.: 1:22-cv-02194-MGL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**TO: THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

The Plaintiff, Sharon O. Seabrooks as Personal Representative of the Estate of Anthony Dopson, by and through her attorneys, herein dismisses the above-referenced lawsuit against Defendants ZF North America, Inc. ("ZF NA"), ZF Passive Safety Systems US Inc. ("ZF PSS"), ZF TRW Automotive Holdings Corp. ("ZF TRW AH"), and ZF Automotive US Inc. f/k/a TRW Automotive Inc. ("ZF US"), without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This Notice is filed before Defendants ZF NA, ZF PSS, ZF TRW AH, and ZF US have served either an

answer or motion for summary judgment. All available causes of action, including appeals, as to the remaining Defendants shall remain.

Respectfully submitted the 2nd day of September, 2022.

/s/Kevin R. Dean
Kevin R. Dean (Fed ID 8046)
Lee M. Heath (Fed ID 9794)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
kdean@motleyrice.com
lheath@motleyrice.com

*Attorneys for Plaintiff*